Michael H. King (Admitted) (mking@llgm.com)
Spencer R. Wood (*Pro Hac Vice* application pending) (swood@llgm.com)
**LeBOEUF, LAMB, GREENE & MacRAE LLP**
Two Prudential Plaza
180 North Stetson Avenue
Suite 1175
Chicago, Illinois 60601-6783
Telephone: (312) 794-8000
Facsimile: (312) 794-8100

Patrick D. Huard (State Bar No. 226763) (phuard@llgm.com)
**LeBOEUF, LAMB, GREENE & MacRAE LLP**
One Embarcadero Center, Suite 400
San Francisco, California 94111
Telephone: 415-951-1100
Facsimile: 415-951-1180

Attorneys for Plaintiff EDO Reconnaissance and Surveillance Systems, Inc.

RECEIVED
JUL 1 4 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| EDO RECONNAISSANCE AND SURVEILLANCE SYSTEMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX LOGISTICS, INC., an Arizona corporation,<br><br>Defendant. | Case No. C 05-02789 PVT<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

  Spencer R. Wood, an active member in good standing of the bar of Illinois, whose business address and telephone number is LeBoeuf, Lamb, Greene & MacRae LLP, Two Prudential Plaza, 180 North Stetson Avenue, Suite 1175, Chicago, Illinois 60601; Telephone number: (312) 794-8025, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff, EDO Reconnaissance and Surveillance Systems, Inc., in the above-entitled action;

  IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of

1

1 papers upon and communication with co-counsel designated in the application will constitute notice to
2 the party. All future filings in this action are subject to the requirements contained in General Order No.
3 45, *Electronic Case Filing*.
4
5 Dated: __7/15__, 2005         *Patricia V. Trumbull*
6                                 Magistrate Judge Trumbull
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*