MICHAEL H. KING (Admitted)
SPENCER R. WOOD (Admitted *Pro Hac Vice*)
LEBOEUF, LAMB, GREENE & MACRAE LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 1175
Chicago, Illinois 60601
Telephone: (312) 794-8000
Facsimile: (312) 794-8100

SETH W. WIENER (State Bar No. 203747)
LEBOEUF, LAMB, GREENE & MACRAE LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111-3619
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

Attorneys for Plaintiff EDO Reconnaissance and Surveillance Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDO RECONNAISSANCE AND SURVEILLANCE SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX LOGISTICS, INC., an Arizona Corporation,<br><br>Defendant. | Case No. C 05-02789 JF<br><br>[~~PROPOSED~~] ORDER GRANTING REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE |

IT IS HEREBY ORDERED that EDO Reconnaissance and Surveillance System, Inc.'s Request to Appear at Case Management Conference by Telephone is hereby granted, and Michael H. King. is permitted to participate by telephone in the case management conference scheduled in the above-captioned action to take place on November 18, 2005, at 10:30 a.m.

Dated: __Nov. 14__, 2005          s/electronic signature authorized
                                  _____
                                  United States District Court Judge Jeremy Fogel

1

SF 207291.1 11937 00001 11/14/2005 09:06am
[PROPOSED] ORDER GRANTING REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE