MICHAEL H. KING (Admitted)
SPENCER R. WOOD (Admitted *Pro Hac Vice*)
LEBOEUF, LAMB, GREENE & MACRAE LLP
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, Illinois 60601
Telephone: (312) 794-8000
Facsimile: (312) 794-8100

\*\*E-filed 4/27/06\*\*

SETH W. WIENER (State Bar No. 203747)
LEBOEUF, LAMB, GREENE & MACRAE LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111-3619
Telephone: (415) 951-1100
Facsimile: (415) 951-1180

Attorneys for Plaintiff
EDO Reconnaissance and Surveillance Systems, Inc.

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| EDO RECONNAISSANCE AND SURVEILLANCE SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PHOENIX LOGISTICS, INC., an Arizona Corporation, RAYMOND BELLEFEUILLE, an individual, and CLAIRE BELLEFEUILLE, an individual,<br><br>Defendants. | Case No. C 05-02789 JF<br><br>**SECOND STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO COMPLETE EARLY NEUTRAL EVALUATION** |

WHEREAS, on November 18, 2005, the Court held a case management conference in this action, and ordered Plaintiff EDO Reconnaissance and Surveillance Systems, Inc. ("EDO RSS") and Defendant Phoenix Logistics, Inc. ("PLI") to complete an Early Neutral Evaluation on or before March 17, 2006;

WHEREAS, on December 20, 2005, the Alternative Dispute Resolution Clerk appointed Paul A. Renne, Esq. as the Early Neutral Evaluation Evaluator;

WHEREAS, EDO RSS and PLI advised Mr. Renne during a teleconference on January 27, 2006 that they were awaiting a ruling in a related arbitration and expected to file post-arbitration

1  motions regarding the enforcement of same, the deadline to complete the Early Neutral Evaluation
2  was extended to May 17, 2006 by the Court pursuant to Mr. Renne's suggestion and a stipulation
3  between EDO RSS and PLI;
4      WHEREAS, EDO RSS and PLI advised Mr. Renne during a teleconference on March 20,
5  2006, that they were still awaiting a ruling in a related arbitration and expected to file post-
6  arbitration motions regarding the enforcement of same, and also advised Mr. Renne that PLI filed a
7  counterclaim that added several parties and several claims to the dispute;
8      WHEREAS, Mr. Renne scheduled the Early Neutral Evaluation for May 4, 2006 at 9:00
9  a.m., but recommended that the parties seek an Order extending the deadline to complete the Early
10 Neutral Evaluation to allow the newly named parties to enter the case and to allow EDO RSS and
11 PLI to resolve anticipated post-arbitration motions; and
12     WHEREAS, EDO RSS and PLI agree that an extension of the May 17, 2006 deadline to
13 complete an Early Neutral Evaluation is appropriate;
14     WHEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff EDO
15 Reconnaissance and Surveillance Systems, Inc. and Defendant Phoenix Logistics, Inc. that the
16 deadline to complete an Early Neutral Evaluation in the above-captioned action should be extended
17 from May 17, 2006 to June 17, 2006.
18 SO STIPULATED:
19
20 Dated: April 13, 2006          LEBOEUF, LAMB, GREENE & MACRAE LLP
21
22                                By: /s/ Seth W. Wiener
                                     Seth W. Wiener
23                                   Attorney for Plaintiff EDO RECONNAISSANCE
                                     AND SURVEILLANCE SYSTEMS, INC.,
24
25 Dated: April 13, 2006
26                                By:
27                                   /s/ Mark L. Venardi
                                     Mark L. Venardi
28                                   Attorney for Defendants PHOENIX LOGISTICS,
                                     INC.

1     IT IS HEREBY ORDERED that that the deadline to complete an Early Neutral Evaluation in
2 the above-captioned action is extended from May 17, 2006 to June 17, 2006.
3     SO ORDERED:

4

Dated: April 27, 2006

5                               United States District Court Judge Jeremy Fogel